CUYAHOGA JOB AND FAMILY SERVICES
1641 PAYNE AVE
CLEVELAND OH 44114

**Ohio** | **Department of Job and Family Services**

**Mailing Date:** 10/28/2025
**Your Case Number:** 8370444
**Your Case Name:** Clarence Rankin

CLARENCE R RANKIN
PO BOX 99056
CLEVELAND OH 44199-0056

005657

**Need Help?** 📞

County: (844) 640-6446, Mon-Fri 9:00am-4:00pm
¿Hablas español? More Languages: (844) 640-6446
Hearing Impaired: 7-1-1



**Important**




✔ We **APPROVED** your Supplemental Nutrition Assistance Program (SNAP) Application for **09/09/2025**.

Clarence R Rankin (09/11/1966) - Eligible

## More Information About Your Benefits*

**Your First Month's Payment:**
$163.00 added to your Ohio Direction Card for the month of October 2025
**Ongoing Monthly Amount (for as long as you are eligible):**
$298.00 added to your Ohio Direction Card on the 10th of every month

Depending on when your case was approved, you may receive more than one month's payment in your first payment. This means the first amount you receive may be more than what you will receive in ongoing months. You can check your balance by calling the number on the back of your card, using the ConnectEBT App, or at https://www.connectebt.com/

If you have never received an Ohio Direction Card before, look for one in the mail soon.
If you no longer have your Ohio Direction Card, refer to the next page for instructions.

**Reminder:** You must turn in the **Request to Recertify Application** (JFS Form 07204) **by 09/30/2026**, to receive benefits for the next year. Your county JFS office will send this to you.

**Note:** If you see any incorrect personal information on this notice or have questions, please contact your county JFS office within 10 days of the date of this notice and provide corrections. Your benefits may be changed as a result.



## Need Help with Your Ohio Direction Card?

**Call Customer Service at (866) 386-3071,** toll free and available 24/7.
Customer Service will help you with:

- Answering Frequently Asked Questions (FAQs) about your card
- Activating your Ohio Direction Card
- Selecting or changing your PIN
- Checking your account balance
- Reporting and replacing a lost, stolen, or damaged Ohio Direction Card
- Reporting benefits fraud
- Finding your Ohio Direction Card number, if you do not know it

## ! You must use your card at least once every 9 months, or unused benefits will be deducted.



**CASH-OUT OPTIONS:** Most Ohioans must use an Ohio Direction Card to get their monthly SNAP benefits. However, some residents of Cuyahoga County, who are eligible for the "Cash-Out" project, may choose to get their benefits by check or direct deposit instead. If everyone you receive SNAP with is also eligible for SSI, or is age 65 or older, they may be included in this project. If you believe you are eligible for "Cash-Out" and want to get your benefits by check or direct deposit, contact your assigned Cuyahoga County Department of Job and Family Services agency.

## Your SNAP Eligibility Determination

The SNAP amount you get is based on income and deductions allowed by state and federal law:

| Your Monthly Income | | |
|---|---|---|
| Gross Earned Income (before any taxes or other deduction) | $ | 0.00 |
| Gross Unearned Income (before any deductions) | $ | 0.00 |
| **Total** | **$** | **0.00** |

| Your Monthly Expenses | | |
|---|---|---|
| Medical Expenses (ONLY if disabled or 60 or older) | $ | 0.00 |
| Dependent or Child Care Expenses | $ | 0.00 |
| Child Support Expenses (amount actually paid) | $ | 0.00 |
| Housing Expenses (rent, mortgage, and certain other housing costs aside from utilities) | $ | 0.00 |
| **Total** | **$** | **0.00** |

| Deductions We Used Depending on Your Circumstances | | |
|---|---|---|
| Farm Loss Deduction | $ | 0.00 |
| Earned Income Deduction | $ | 0.00 |
| Standard Deduction | $ | 209.00 |
| Utilities Allowance | $ | 766.00 |
| Benefits Withheld to Repay an Overpayment | $ | 0.00 |
| Housing Deductions | $ | 744.00 |

# Reporting Changes

### Three Changes You Must Report:

 **1** If your monthly household income before taxes becomes more than $1,696.00 for an assistance group size of 1. Include the income from any new household members.

 **2** If you or a member of your assistance group is an Able-Bodied Adult Without Dependents (ABAWD) who is working, whether paid, unpaid, or in-kind work, you must report if hours worked are less than 20 hours weekly or 80 hours monthly

**3** If you or a member of your assistance group wins $4,500 or more (before withholdings) in lottery or gambling winnings

 **You have until the 10th of the month following when a change occurs to tell your county JFS office about any changes.**

*Example: If your income changes during April, you must report the change by May 10.*

**Note:** If your assistance group members also receive Ohio Works First (OWF) or Medicaid, all changes must be reported within 10 days, including changes greater than $50.

### Ways to Report Changes:
**Note:** Any changes you report may affect your food, cash, or medical benefits

• **Online:** Use your online account or create an account at *ssp.benefits.ohio.gov*

• **Phone:** (844) 640-6446

• **Mail:** Send the requested information to the county JFS office listed on Page 1

• **In-person:** Visit your county JFS office

• **Fax:** (216) 987-7700

 **If Your Address Changes:** Notify your county JFS office right away. If JFS does not have your correct address, you will not get the information you need to continue receiving assistance.

---